41 A.3d 1276

IN THE MATTER OF DOUGLAS J. DEL TUFO, AN ATTORNEY AT LAW (ATTORNEY NO. 002281997).

May 22, 2012.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **DOUGLAS J. DEL TUFO** of **KENVIL,** who was admitted to the bar of this State in 1997;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (commingling personal and client funds), *RPC* 1.15(d) (failure to comply with recordkeeping requirements), *Rule* 1:21–6 (recordkeeping violations), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a) and (d), *RPC* 8.1(b), and *Rule* 1:21–6, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined in DRB 12–019 that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2011–0045E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **DOUGLAS J. DEL TUFO** of **KENVIL** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.